**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Faustino CARRILLO, Defendant–Appellant.**

No. 07–50521.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 5, 2010.

Michael J. Raphael, Esq., Jeff P. Mitchell, Esq., Office of the U.S. Attorney Crim-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

inal Division, Los Angeles, CA, for Plaintiff–Appellee.

Christopher W. Dybwad, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Faustino Carrillo appeals from the 57–month sentence imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Carrillo contends that the district court miscalculated his Sentencing Guidelines range because it counted a prior conviction towards his criminal history score pursuant to U.S.S.G. §§ 4A1.1 and 4A1.2, rather than as relevant conduct pursuant to U.S.S.G. § 1B1.3. This contention is foreclosed. *See United States v. Cruz–Gramajo,* 570 F.3d 1162, 1167 (9th Cir.2009).

Carrillo also contends that the district court violated his Fifth Amendment right against self-incrimination when it imposed a condition of supervised release which requires him to report to probation if he reenters the country. As Carrillo acknowledges, this contention is foreclosed.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

*See United States v. Rodriguez–Rodriguez,* 441 F.3d 767, 772–73 (9th Cir.2006).

**AFFIRMED.**